UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED

December 02, 2013

CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

CHRISTOPHER A. BLACK,

Defendant.

Case No.   2:13-mj-00359-CKD

**ORDER FOR RELEASE OF
PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release   CHRISTOPHER A. BLACK ,

Case No.   2:13-mj-00359-CKD   Charge _dfd_ , from custody for the following reasons:

_____   Release on Personal Recognizance

X   Bail Posted in the Sum of $   25,000

X   Unsecured Appearance Bond $   25,000, cosigned by wife

_____   Appearance Bond with 10% Deposit

_____   Appearance Bond with Surety

_____   Corporate Surety Bail Bond

_____   (Other):  Pretrial Services conditions. Ordered to

X   appear in Southern District of Texas on  12/11/13 at

10:00 AM, before Magistrate Judge Stephen Smith.

Issued at Sacramento, California on December 02, 2013 at 2:15 pm

By:   _Carolyn Delaney_

Magistrate Judge Carolyn K. Delaney